391 A.2d 690

Commonwealth v. McGee, Appellant.

Submitted June 13, 1977.

Edward D. Ohlbaum, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Steven H. Goldblatt, Deputy District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed and case remanded for trial.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 691

Commonwealth v. Massey, Appellant.

Submitted March 21, 1977.

Karl Baker, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Michael R. Stiles, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.